Clarence Leroy Dighton
TDCJ #01367261
815 12th St.
Huntsville Unit
Huntsville, Texas 77348

January 11, 2015

Re: Notice of denial of PDR

The Clerk of the Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Dear Sir or Madam:

I believe that on June 8, 2008 my PDR was either refused or denied. However, my attorney never notified me of the denial or refusal.

I am now attempting to file a federal habeas corpus writ, and I will have to argue equitable tolling. Will you provide me with a "white card" or other proof of notification that states the person's name and address that you notified of the denial or refusal of the PDR?

Thank you in advance for your cooperation.

Respectfully,

Clarence L Dighton
Clarence Leroy Dighton
1367261

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

CC//FILE

1 of 1